IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

David Edward Richardson 178699 )
Full name and prison number )
of plaintiff(s) )
)
v. )
)
Geneva County Jail & )
Greg Ward (Sheriff) )
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2005 AUG -1  A 9:28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 1:05CV709-T
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action? YES ( ) NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment? YES ( ) NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Geneva County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Geneva County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. Carl Rowe - P.O. Box 115 Geneva AL, 36340
2. Donald Weeks - P.O. Box 115 Geneva AL, 36340
3. Amber  P.O. Box 115 Geneva AL, 36340
4. All Assoc. of Jail
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  6-25-05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Denial of Medical Attention, Was arrested on June 25, 05. Was placed in Geneva County Jail.

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

Before My incarceration I feel from a tree, and received Several cuts and bruises. I also received a cracked back, broken tail bone, and some ribs were cracked. Also have a crushed disc. Very Painful to get up from floor.

**GROUND TWO:** Sleeping on the floor, Overcrowded, Nothing to help me get up. "Extreme Pain."

**SUPPORTING FACTS:** Dr. Williams in Enterprise Alabama. "Enterprise Medical Clinic." Dr. Harrolson" Same As Above. I grant all release of any and all medical xray's or documents. Numerous request for medical attention "should" be on file.

**GROUND THREE:** Nothing to Help the Disabled (no Rails) All request to get my walker have been Denied!

**SUPPORTING FACTS:** See as you will, Nothing in this jail to help support my walking or help to get up from a lower plosition. Been Denied all request for medical Attention. Been on the floor for almost 5 weeks now. Dealing with extreme Pain Daily. Bug Bite's Also was mentioned, Never Adhered to.

Ground Facts: Toilet overflowing, Causing # 2 all over floor. I'm Sleeping on floor. Nothing done about it for 5 weeks now. Unsanitary! Been Bug Bitten; Staff infection. Etc.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like for the system to implement some kind of Railing and for my Pain and Suffering (1) one Million Dollars

*Signature of plaintiff(s)*

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 7-25-05
(Date)

*Signature of plaintiff(s)*

4

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

RECEIVED
2005 AUG -1 A

DEBRA P. HACKETT, CLK
DISTRICT COURT
MIDDLE DISTRICT ALA

NAME David B. Richardson  CELL Right  DATE ongoing

TELEPHONE CALL ___ MEDICAL ___ DENTAL ___ HEARING REQUEST ___

GRIEVANCE ___ VISIT ___ PERSONAL PROBLEM ___ OTHER ___

SHERIFF ___ JAIL ADMINISTRATOR ___ JUDGE ___ NOTARY ___

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

About 4 weeks ago. July 4th or 5th of 2005 the Toilet in the "bullpin" was stopped up. And is still stopped up. as of this date 7-29-05 Due to overcrowding I'm stuck on the floor in the bullpin. I have been sleeping on the floor since my arrival

DO NOT WRITE BELOW!!     FOR SHERIFF'S DEPARTMENT USE ONLY

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ___ MARTON ___ JAIL ADMINISTRATOR ___ SHERIFF ___

JAILER _____ DATE ___ TIME ___
       SIGNATURE

TO BE PLACED IN INMATE'S FILE

here. June 25th. Numerous request and Verbal face to face confrontation to the Jail Administrator has been done on about 4 occasions. Every Attempt was answered with a "ok." But the #2 "shit" keeps getting on the floor. Perhaps making me sick, each day!
                                                        please

Witnesses: Mary J. Brewer _____
           Willer McKinnie _____
           _____ Moss _____
           Paul Reynolds _____