IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

DAVID EDWARD RICHARDSON              *

      Plaintiff,                              *

          v.                            * CIVIL ACTION NO. 1:05-CV-709-T
                                 (WO)
GENEVA COUNTY JAIL, *et al.*,           *

      Defendants.                             *

_____


## RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff is currently incarcerated in the Geneva County Jail located in Geneva, Alabama. He filed this 42 U.S.C. § 1983 complaint on August 1, 2005.  Plaintiff names as defendants the Geneva County Jail, Sheriff Greg Ward, Carl Rowe, Donald Weeks, and Mrs. Amber.  Upon review of the complaint, the court concludes that dismissal of Plaintiff's claims against the Geneva County Jail prior to service of process is appropriate under 28 U.S.C. § 1915(e)(2)(B)(i).

## DISCUSSION

The Geneva County Jail is not a legal entity and, therefore, is not subject to suit or liability under § 1983.  *See Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992).  In light of the foregoing, the court concludes that Plaintiff's claims against the Geneva County Jail are due to be dismissed.  *Id.*

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1.  Plaintiff's claims against the Geneva County Jail be DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

2.  The Geneva County Jail be DISMISSED as a party to this complaint; and

3.  This case with respect to the remaining defendants be referred back to the undersigned for additional proceedings.

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **August 15, 2005**.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation objected to.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th  Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the

decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 3rd day of August, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE