IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID EDWARD RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05-CV-0709-T |
| | ) | (WO) |
| GENEVA COUNTY JAIL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 3, 2005 (Doc. 3), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Plaintiff's claims against the Geneva County Jail are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915 (e)(2)(B)(i);

2. The Geneva County Jail is DISMISSED as a party to this complaint; and

3. This case with respect to the remaining defendants is referred back to the undersigned for additional proceedings.

DONE, this the 23rd day of August, 2005.

                                              /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE