IN THE UNITED STATES  DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

DAVID EDWARD RICHARDSON         *

    Plaintiff,                              *

        v.                               * CIVIL ACTION NO. 1:05-CV-709-T

GENEVA COUNTY JAIL, *et al.*,        *

    Defendants.                          *

_____

## ORDER ON MOTION

Upon consideration of Defendants' Motion for Extension of Time, and for good cause,

it is ORDERED that:

1.  Defendants' motion (Doc. No. 8) is GRANTED; and

2.  Defendants are GRANTED an extension from September 12, 2005 to October 24,

2005 to file their answer and written report.

Done this 14th day of September 2005.

                         **/s/ Delores R. Boyd**
                         DELORES R. BOYD
                         UNITED STATES MAGISTRATE JUDGE