# EXHIBIT A

# GENEVA COUNTY JAIL

# BOOKING SHEET

Probation Check Yes CA

Warrant Book /No CA

Date 06/25/05 Time 4:30 PM

Name Richardson (LAST) David (FIRST) E (MIDDLE)

Alias

Date of Arrest 06/25/05 Social Security No. 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

Race WHITE Sex MALE Age 34 Eyes BRO. Hair BRO.

Ht. 5'-11" Wt. 170 DOB 05-28-70 Photo F.P.

Address 1604 ALFORD RD. (STREET) (APT.) SAMSON, AL. (CITY) (STATE) (ZIP)

Telephone I.D. No. 5532746-A1

NCIC Check

Next of Kin Relationship

Address (STREET) (APT.) (CITY) (STATE) (ZIP)

Charge POS. CONT. SUB. Bond 2,500.00 Charge littering Bond 1,000.00

Charge PRO. VIO. Bond NO Charge Bond

Charge Bond Charge Bond

ARRESTING OFFICER Annie Henderson (PLEASE PRINT)

Signature Annie He

AGENCY CO.

BOOKING OFFICER Mark Jackson (PLEASE PRINT)

RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

Signature of Person Released

Date of Release Time Type of Release

Signature of Releasing Officer

P.O.E. WARRANT #

OCCUPATION WARRANT #

P.O.B. WARRANT #

HOLD ~~GENEVA CO.~~ Greg Hughes WARRANT #

# BOOKING SHEET

Inmate Name RICHARDSON DAVID JR. Date 06/25/05 Time 4:30 P

HEALTH SCREENING FORM

1. Have you ever had or been treated for: (mark box if answer is yes)

- ☐ a. Asthma
- ☐ b. Heart Trouble
- ☐ c. Hypertension
- ☐ d. Diabetes
- ☐ e. Epilepsy or Seizure
- ☐ f. Drug Addiction
- ☐ g. Alcoholism
- ☐ h. Mental Illness
- ☐ i. Venereal Disease
- ☐ j. Tuberculosis
- ☐ k. Ulcer
- ☐ l. Faintly of recent head injury
- ☐ m. Hepatitis

If any response was yes, please explain and give date of last treatment.______________________________

2. Are you allergic to anything? ________________ If yes, what? ________________

3. Have you ever been determined to be HIV positive? __________ If yes, when? ________________

4. Are you currently taking any prescription medication? __________ If yes, what? ________________

For what? ________________

5. Does the inmate require a special diet prescribed by a physician? __________ If yes, what? ____________

For what? ________________

6. Do you have any other medical or mental problem we should know about? __________ If yes, what? ______

# BOOKING SHEET

Inmate Name Richardson David, E. Date 06/25/ Time ________

1. Check One:

_____ This inmate was cooperative in responding to the above questions and allowing me to observe him.

✓ This inmate refused or was unable to cooperate and refused to answer my questions concerning his medical history and/or potential for suicide. Reason for inability:

______________________________

______________________________

2. I certify that I have today observed inmate Richardson, David. E, asked him/her the questions listed on the Geneva County Jail's Booking Sheet, and accurately recorded my observation and his/her responses.

Mark Jackson.
Signature of Booking Officer

Date: 06/25/05

Time: 4:30 pm.

# GENEVA COUNTY JAIL

I, Richardson David. E, HAVE BEEN ADVISED BY THE JAILER OF THE FOLLOWING;

ALL PROPERTY BROUGHT ON TO THE JAIL PREMISES ARE SUBJECT TO SEARCH BY AUTHORIZED PERSONNEL FOR WEAPONS AND CONTRABAND

ALL INCOMING AND OUTGOING MAIL MAY BE CENSORED EXCEPT FOR CORRESPONDENCE WITH COURT OFFICIALS

______________________ DATE 06/25/05

INMATE SIGNATURE

Mark Jackson DATE 06/25/05

JAILERS SIGNATURE

# EXHIBIT B

GENEVA COUNTY JAIL
Prisoner's Activity Sheet

Prisoner's Name: RICHARD DAVID. EDWARD

06/25/05 SUBJECT ARRESTED BY ANNIE HENDERSON CO. ON POSSESION OF CRONTROLLED SUBSTANCE (crack), VIOLATION OF PROBATION. NO BOND
NOTE: GREG HUGHES NOTIFIED BY ANNIE HENDERSON AND J-A1.

6-27-05 Hold Placed a Hold for [illegible] Co R

6-28-05 move out of H/C photo - [illegible] [illegible] [illegible] to R/S - had no problem

6-28-05 Q.09/A 15th [illegible] Bond set Poss Cont Sub 2,500 littering 1,000.00

7-13-05 Taken to Dr. Mitchum 1:35 p/m Subj. placed calls to several people from exam Rm Phone. Subj. [illegible] taken by JA-1. (Mr. Weeks) (Abigail Adams) (Grand Bend) Notified by J-35 [illegible] PX (CR)

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

**DAVID EDWARD RICHARDSON,** )
)
**Plaintiff,** )
)
**v.** ) **Civil Action No. 1:05-cv-709-MHT-DRB**
)
**GENEVA COUNTY JAIL, et al.** )
)
**Defendants.** )

**AFFIDAVIT OF GREG WARD**

**STATE OF ALABAMA** )
)
**COUNTY OF GENEVA** )

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Greg Ward, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Greg Ward. I am over the age of nineteen and competent to make this affidavit.

2. I am the duly elected Sheriff of Geneva County, Alabama.

3. I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Jail. I have no personal knowledge of any of the specific allegations that form the basis of Plaintiff's Complaint.

4. I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5. The Geneva County, Alabama Sheriff's Department operates the Geneva County Jail pursuant to sound policies and procedures which ensure that the rights of all inmates

incarcerated therein are respected. Members of the jail staff are trained both in house and at certified training programs and academies regarding all aspects of their jobs, including the administration of medical care to inmates.

6.      It is the policy of the Geneva County, Alabama Sheriff's Department that all inmates confined in the Geneva County Jail be entitled to a level of health care comparable to that available to the citizens in the surrounding community in order that the inmates' physical and emotional well-being may be maintained. All medical care rendered to inmates in the Geneva County Jail is delivered under the direction of a licensed health care practitioner. It is departmental policy that no member of the jail staff, or any other Sheriff's Department employee, may ever summarily or arbitrarily deny an inmate's reasonable request for medical services. All judgments regarding the necessity of medical treatment are left to a licensed health care practitioner.

7.      It is the policy of the Geneva County Sheriff's Department that all inmates incarcerated in the Geneva County Jail be allowed to request health care services at any time. Requests of an emergency nature may be made either verbally or in writing, but all requests for non-emergency care from state or county inmates must be submitted in writing. Members of the jail staff are charged with the responsibility of accepting requests for medical treatment from inmates and taking appropriate action to see that those requests are dealt with in a prompt and appropriate manner. Inmates with non-emergency medical problems are taken to see Dr. O.D. Mitchum in Geneva, Alabama. Inmates who have an emergency medical problem are taken to the Emergency Room for treatment.

8.      When a member of the jail staff receives a request for medical treatment from an inmate, it is his or her responsibility to turn that request form over to the responsibility of the on

duty jailer or matron. It is then the on duty jailer or matron's responsibility to make an appointment for the inmate with an appropriate health care provider. Any doubt as to whether an actual need exists for medical treatment is resolved in favor of the inmate, with medical services being offered. All requests of an emergency nature are handled immediately.

9. It is the policy of the Geneva County Sheriff's Department that persons incarcerated in the Geneva County Jail be entitled to safe and accurate dispensation and administration of prescription and nonprescription medication. All medication prescribed for an inmate by a health care provider during the time of an inmate's incarceration is obtained by the Sheriff's Department and distributed according to the doctor's directions. When distributing medications, members of the jail staff complete a medication log, which records the inmate's name, the medication, the date and time it was delivered, the initials of the officer delivering the medication, or supervising its delivery, and the inmate's initials or signature acknowledging receipt.

10. I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

GREG WARD

SWORN TO and SUBSCRIBED before me this 24th day of October, 2005.

NOTARY PUBLIC
My Commission Expires: My Commission Expires 4/8/07

# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

**DAVID EDWARD RICHARDSON,** )
)
**Plaintiff,** )
)
**v.** ) **Civil Action No. 1:05-cv-709-MHT-DRB**
)
**GENEVA COUNTY JAIL, et al.** )
)
**Defendants.** )

**AFFIDAVIT OF CARL ROWE**

**STATE OF ALABAMA** )
)
**COUNTY OF GENEVA** )

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Carl Rowe, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Carl Rowe. I am over the age of nineteen and competent to make this affidavit.

2. I am the Jail Administrator for the Geneva County Jail.

3. I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Jail.

4. The Geneva County, Alabama Sheriff's Department operates the Geneva County Jail pursuant to sound policies and procedures which ensure that the rights of all inmates incarcerated therein are respected. Members of the jail staff are trained both in house and at certified training programs and academies regarding all aspects of their jobs, including the administration of medical care to inmates.

5.    It is the policy of the Geneva County, Alabama Sheriff's Department that all inmates confined in the Geneva County Jail be entitled to a level of health care comparable to that available to the citizens in the surrounding community in order that the inmates' physical and emotional well-being may be maintained.  All medical care rendered to inmates in the Geneva County Jail is delivered under the direction of a licensed health care practitioner.  It is departmental policy that no member of the jail staff, or any other Sheriff's Department employee, may ever summarily or arbitrarily deny an inmate's reasonable request for medical services.  All judgments regarding the necessity of medical treatment are left to a licensed health care practitioner

6.    It is the policy of the Geneva County Sheriff's Department that all inmates incarcerated in the Geneva County Jail be allowed to request health care services at any time. Requests of an emergency nature may be made either verbally or in writing, but all requests for non-emergency care from state or county inmates must be submitted in writing.  Members of the jail staff are charged with the responsibility of accepting requests for medical treatment from inmates and taking appropriate action to see that those requests are dealt with in a prompt and appropriate manner.  Inmates with non-emergency medical problems are taken to see Dr. O.D. Mitchum in Geneva, Alabama.  Inmates who have an emergency medical problem are taken to the Emergency Room for treatment.  At no time did the Plaintiff request, either written or verbal, medical attention for any of his claims that are basis of his Complaint.

7.    When a member of the jail staff receives a request for medical treatment from an inmate, it is his or her responsibility to turn that request form over to the responsibility of the on duty jailer or matron.  It is then the on duty jailer or matron's responsibility to make an appointment for the inmate with an appropriate health care provider.  Any doubt as to whether an

actual need exists for medical treatment is resolved in favor of the inmate, with medical services being offered. All requests of an emergency nature are handled immediately.

8.    It is the policy of the Geneva County Sheriff's Department that persons incarcerated in the Geneva County Jail be entitled to safe and accurate dispensation and administration of prescription and nonprescription medication. All medication prescribed for an inmate by a health care provider during the time of an inmate's incarceration is obtained by the Sheriff's Department and distributed according to the doctor's directions. When distributing medications, members of the jail staff complete a medication log, which records the inmate's name, the medication, the date and time it was delivered, the initials of the officer delivering the medication, or supervising its delivery, and the inmate's initials or signature acknowledging receipt.

9.    The Geneva County Jail is subject to routine maintenance and repairs on a regular basis by the custodian, and the facility is regularly sprayed for insects. Never did the Plaintiff complain to me about having been bitten by a spider, or any other kind of insect. If the Plaintiff had made such a complaint, or request for medical attention, I would have informed the proper health care provider and/or scheduled an appointment for the Plaintiff with the same.

10.    Oftentimes inmates will purposefully overflow the toilets by stopping the toilet up with objects such as razors or even a toilet brush and then repeatedly flushing the toilet. On the occasion that Plaintiff is referring to, around the 4th or 5th of July, one of the jail toilets was purposefully overflowed by inmates. However, jail staff members ensured that the toilet was fixed that day.

11.    Plaintiff never had to sit or sleep in water from a toilet that overflowed.

12.    All inmates, including the Plaintiff, are always provided with a mattress and bed linens for sleeping in the event that the number of inmates exceeds the number of beds at the jail. Never has the Plaintiff had to sleep on the floor without a mattress and bed linens.

13.    Plaintiff is not disabled. He walks well without any aid. Even so, Plaintiff never requested a walker or hand rails.

14.    The Plaintiff requested to see a doctor because his back was bothering him. Therefore, an appointment was made for him to see Dr. O.D. Mitchum.

15.    Internal grievance procedures at the Geneva County Detention Facility are available to all inmates. It is the policy of the Geneva County Detention Facility that inmates are permitted to submit grievances and that each grievance will be acted upon accordingly. Inmates are given an inmate grievance form upon their request to complete and return to a detention center staff member for any grievance they may have. It is further the policy and procedure of the Geneva County Detention Facility to place each such grievance in the inmate's file for a record of the same.

16.    Upon my review of the Plaintiff's inmate file, there is no grievance filed by him concerning any aspects of the medical care he received while incarcerated in the Geneva County Detention Facility. Had I received such a grievance, I would have followed procedures and responded to the complaint accordingly. The only time I have seen a grievance form from the Plaintiff is the grievance form that was attached to his Complaint was not filed with the jail. I did not receive that grievance until I received the Complaint in this lawsuit.

17.    I certify and state that the documents from Plaintiff's Inmate File provided to the Court which are attached to the Defendants' Special Report are true and correct copies of these records, kept at the Geneva County Jail in the regular course of business. I am the Custodian of these Records.

records, kept at the Geneva County Jail in the regular course of business. I am the Custodian of these Records.

18. I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

CARL ROWE

SWORN TO and SUBSCRIBED before me this 24th day of October, 2005.

NOTARY PUBLIC
My Commission Expires: My Commission Expires 4/8/07

# EXHIBIT E

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME [illegible signature] CELL [illegible] DATE [illegible]

TELEPHONE CALL ____ MEDICAL X DENTAL ____ HEARING REQUEST ____

GRIEVANCE ____ VISIT ____ PERSONAL PROBLEM ____ OTHER ____

SHERIFF ____ JAIL ADMINSTRATOR ____ JUDGE ____ NOTARY ____

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

I have repeatedly asked for medical attention. Saturday June 25 I was out on the floor in holding cell with a broken tooth. Repeated attempts to see a dentist [illegible] Remember [illegible]

*DO NOT WRITE BELOW!!* *FOR SHERIFF'S DEPARTMENT USE ONLY*

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ____ MARTON ____ JAIL ADMINISTRATOR ✓ SHERIFF ____

JAILER [signature] DATE 7-5-05 TIME 8:20 am
SIGNATURE

TO BE PLACED IN INMATE'S FILE

Appt 7-13-05

# EXHIBIT F

O.D. MITCHUM, M.D.
100 W. LAKE PROFESSIONAL PARK, STE. ONE
GENEVA, AL 36340
(334) 684-9400

| OFFICE VISITS - EST. PT. | |
|---|---|
| MINIMAL | 99211 |
| PROB FOCUS | 99212 |
| EXPD PROB FOCUS | 99213 |
| DETAIL / LC | 99214 |
| COMP / MC | 99215 |
| | |
| | |

| OFFICE VISITS - NEW PT | |
|---|---|
| PROB FOCUS | 99201 |
| EXPD PROB FOCUS | 99202 |
| DETAIL / LC | 99203 |
| COMP / MC | 99204 |
| | |
| | |

| PREV MED EST PT | |
|---|---|
| 18-39 YRS | 99395 |
| 40-64 YRS | 99396 |
| 65 & OLDER | 99397 |
| | |

| PREV MED NEW PT | |
|---|---|
| 18-39 YRS | 99385 |
| 40-64 YRS | 99386 |
| 65 & OLDER | 99387 |
| | |

| INJECTIONS | |
|---|---|
| AMPICILLIN 500MG | J0290 |
| B12 (UP TO 1000 MG) | J3420 |
| CELESTONE (3MG) | J0702 |
| ESTROGEN | J1390 |
| DEPO. PROVERA 100 MG | J1055 |
| ROCEPHIN (250 MG) | J0696 |
| IRON DEXTRAN (2CC) 50MG | J1750 |
| VISTARIL (UP TO 25 MG) | J3410 |
| SOLGANAL (UP TO 50 MG) | J2910 |
| DEPOTESTOSTERONE 100MG | J1070 |
| DEPOTESTOSTERONE 200MG | J1080 |
| KENALOG (10MG) | J3301 |
| | |
| | |
| | |

| VACCINES | |
|---|---|
| FLU - G0008 | 90659 |
| PNEUMONIA - G0009 | 90732 |
| TETANUS - 90471 | 90703 |
| ADM / INJECTION | 90782 |
| ADM / ANTIBIOTIC INJECTION | 90788 |
| | |

| LABORATORY | |
|---|---|
| BASIC METABOLIC PANEL | 80048 |
| GENERAL HEALTH PANEL | 80050 |
| ELECTROLYTE PANEL | 80051 |
| COMPREHENSIVE METABOLIC | 80053 |
| LIPID PANEL | 80061 |
| ARTHRITIS PANEL (RH9) | |
| ACUTE HEPATITIS PANEL | 80074 |
| HEPATIC FUNCTION PANEL | 80076 |
| ANEMIA 1 PROFILE | 31000 |
| VENIPUNCTURE - G0001 | 36415 |
| GLUCOSE | 82947 |
| HCT | 85013 |
| HEMOCCULT | 82270 |
| HEMOC. SCREENING | G0107 |
| PSA | 84153 |
| PAP SMEAR | 88150 |
| PAP SMEAR SCREENING | Q0091 |
| TINE TEST | 8658* |
| URINALYSIS | 81000 |
| URINE PREGNANCY | 81025 |
| Tsh | 84443 |
| T4 | 84439 |
| CBC | 85025 |
| HgBAIC | 83036 |
| B-12 LEVEL | 82607 |
| | |
| | |
| | |

| PROCEDURES | |
|---|---|
| I.&D. SIMPLE | 10060 |
| I.&D. COMPLICATED | 10061 |
| EXCISION - LESION | 11xxx |
| HYFRECATION - LESION | 1700x |

| | |
|---|---|
| REMOVAL F.B. EYE | 65205 |
| FINE NEEDLE BIOPSY BREAST | 19100 |
| INGROWN NAIL REMOVAL | 11730 |
| IRRIGATION EARS | 69210 |
| TRIGGER POINT INJ. | 20550 |
| INJ/ASP - SM.JT. | 20600 |
| INTERN. JT | 20605 |
| MAJ JT. | 20610 |
| | |
| | |

| RADIOLOGY | |
|---|---|
| ANKLE | 73600 |
| ABDOMEN | 74000 |
| CERVICAL SPINE | 72040 |
| CHEST / FRONTAL / 1 VIEW | 71010 |
| ELBOW | 73070 |
| FINGER | 73140 |
| FOOT | 73620 |
| FOREARM | 73090 |
| HAND | 73120 |
| HIP / SINGLE / 1 VIEW | 73500 |
| HIP / SINGLE /2 VIEWS | 73510 |
| HIP / BIL / 2 VIEWS | 73520 |
| KNEE | 73560 |
| LEG | 73590 |
| LUMBAR SPINE | 72100 |
| PELVIS | 72170 |
| SHOULDER | 73020 |
| SINUS | 76080 |
| SKULL | 70250 |
| THORACIC SPINE | 72070 |
| WRIST | 73100 |
| EKG | 93005 |
| EKG | 93010 |
| | |
| | |
| | |
| | |
| | |
| | |

Diagnosis

| | | |
|---|---|---|
| 1 | 5 | |
| 2 | 6 | |
| 3 | 7 | |
| 4 | 8 | |

Next Appt.

RX's

Special Orders

Signature

O.D. Mitchum, MD____________________

00980044-01 GENEVA COUNTY COMMISSION
20309 PD: 1 ATTN: DONNA JONES
7/13/05 14:56 PO BOX 430
KDJ PP GENEVA AL 36340

Ins: (none)
Col. Bal: $0.00
Acc. Bal: $503.00
Charges: 60.00
Paid:

# EXHIBIT G

*. Mitchum, M.D.*

*Practice Office Notes*

me David Richardson DOB: 8-28-70 Date: 7-13-05 MR No. 33209

LERGIES: NKDA

HISTORY CC/HPL

CC (1) back pain - sleeps on floor - can't get up -
(2) has rash - thinks insect bite - has saw bugs -
(3) vein in L) arm blue - knotted

pt used office phone to call x harass X-wife - called jail c info r.t.

Agree with above history

Meds: (See Flowsheet)
(1) albuterol (2) Lortab

Med/Surg Hx: (1) Fell out of tree - broke (2) ribs - FX tail bone
FX back - 6-09-05 COPD? -

Fam/Soc Hx:

IN-HOUSE DIAGNOSTICS
(See attached) UA ____ UP ____ HCT ____ Hemocult ____ BS ____ 12 Lead EKG ____

X-Ray- ____ Results: See X-Ray Report

PHYSICAL EXAM: Const. Appearance ____ T 98.2 P 76 R 20 BP 120/90 WT —

| | | ABNORMALS |
|---|---|---|
| Eyes ____ | Perrla; no redness; peri orbital swelling; non-icteric | |
| ENT ____ | clear nares; pharynx; ear canals/TMs | |
| Neck ____ | supple; no rigidity, bruits | |
| CV ____ | nl sounds; no murmurs, heaves, gallops | Pain Clin. |
| Resp ____ | =chest expansion, CTA&P | |
| Breast ____ | no nodularity, axillary lymphadonopathy | |
| GI/Abd ____ | BSx4, no pain, masses, or organomegly | |
| Rectal ____ | smooth mucosa, no masses, nl prostate | |
| Msk ____ | no skeletal deformity, good PMS | |
| Integ ____ | nl skin, hair & nails | |
| Neuro ____ | nl CN, sensation & reflexes | |
| Psych ____ | A&O, nl affect | |
| Lymph ____ | cerv ___ax ___ing ___aur | |
| Male GU ____ | no scrotal or penile tend, masses | |
| Female GU ____ | nl ext gent, no urethral tend, masses | |
| ____ | nl uterus, vag mucosa, cervix & adnexa | |

ASSESMENT: A+P.

PLAN: Darvocet. [illegible] -

Injection: med/dose ____

site ____

# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **DAVID EDWARD RICHARDSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:05-cv-709-MHT-DRB** |
| | ) | |
| **GENEVA COUNTY JAIL, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**AFFIDAVIT OF DONALD WEEKS**

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF GENEVA** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Donald Weeks, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Donald Weeks. I am over the age of nineteen and competent to make this affidavit.

2. I am a jailor at the Geneva County Jail and have been for 11 years. Before that I was Assistant Chief of Police in Samson, Alabama, for 8 years.

3. I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Jail.

4.    The Geneva County Jail is subject to routine maintenance and repairs on a regular basis by the custodian, and the facility is regularly sprayed for insects.

5.    Oftentimes inmates will purposefully overflow the toilets by stopping the toilet up with objects such as razors or even a toilet brush and then repeatedly flushing the toilet. On the occasion that Plaintiff is referring to, around the 4th or 5th of July, one of the jail toilets was purposefully overflowed by inmates. However, jail staff members ensured that the toilet was fixed that day.

6.    Plaintiff never had to sit or sleep in water from a toilet that overflowed.

7.    All inmates, including the Plaintiff, are always provided with a mattress and bed linens for sleeping in the event that the number of inmates exceeds the number of beds at the jail. Never has the Plaintiff had to sleep on the floor without a mattress and bed linens.

8.    Plaintiff is not disabled. He walks well without any aid. Even so, Plaintiff never requested a walker.

9.    Plaintiff requested to see the doctor because his back was bothering him. Therefore, I took him to see Dr. O.D. Mitchum. To the best of my knowledge, Plaintiff never made any other requests for medical care. If the Plaintiff had submitted a grievance form, it would have been placed in the Plaintiff's Inmate File.

10.    I have not received a grievance from the Plaintiff concerning the allegations made the basis of his Complaint until I received the Complaint in this lawsuit with a grievance form attached.

11. I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

DONALD WEEKS

**SWORN TO** and **SUBSCRIBED** before me this 24th day of October, 2005.

NOTARY PUBLIC
My Commission Expires: My Commission Expires 4/8/07

# EXHIBIT I

INMATE MEDICATION LOG (GENEVA COUNTY JAIL) R
INMATE NAME David Richardson CELL R

| DATE | TIME | MEDICATION | OFFICER | INMATE SIGN |
|---|---|---|---|---|
| 7-13-05 | 5:30 PM | 1 10:00 pm 1 | YMR | [illegible] |
| 7- | | | [illegible] | [illegible] |
| 7-14-05 | 12:00 | 1 | JK | [illegible] |
| 7-14-05 | 5:00 pm | 1 [illegible] 1 | YMR | [illegible] |
| 7-15-05 | 6 AM | 1 | [illegible] | [illegible] |
| 7-15-05 | 12:00 | 1 | | [illegible] |
| 7/15/05 | 5 PM | 1, [illegible] | [illegible] | [illegible] |
| 7-16-05 | 6:00 am | 1 | RS | D.R. |
| 7-16-05 | Noon | 1 | [illegible] | [illegible] |
| 7/16/05 | 5 pm | 1 | [illegible] | [illegible] |
| 7-16-05 | 10 pm | 1 | RB | [illegible] |
| 7-17-05 | 6 AM | 1 | RB | [illegible] |
| 7-17-05 | NOON | 1 | YMR | [illegible] |
| 7/17/05 | 5 pm — 10 PM 1x2 | | [illegible] | [illegible] |
| 7-18-05 | 6 AM | 1 | RB | [illegible] |
| 7-18-05 | NOON | 1 | PBW | [illegible] |
| 7-18-05 | 5:00 PM | 1 10:00 PM 1 | YMR | [illegible] |

1. Propoxyphene 1 tab every 6 hrs.

INMATE MEDICATION LOG (GENEVA COUNTY JAIL) R/S
INMATE NAME DAVID RICHARDSON CELL R/S

| DATE | TIME | MEDICATION | OFFICER | INMATE SIGN |
|---|---|---|---|---|
| 7/19/05 | 6 AM | 1 | [illegible] | DR |
| 7/19/05 | 12:00 | 1 | [illegible] | DR |
| 7-19-05 | 5:00 PM | 1 10:00 PM 1 | MR | DR |
| 7/20/05 | 6 am | 1 | SM | RD |
| 7/20/05 | 12:00 | 1 | [illegible] | RD |
| 7-20-05 | 5:00 PM | 1 10:00 PM 1 | MR | RD |
| 7-21-05 | 6:00 am | 1 | RO | RD |
| 7/21/05 | 12:00 | 1 | | DR |
| 7-21-05 | 5:00 PM | 1 10:00 PM 1 | MR | DR |
| 7-22-05 | 6:00 am | 1 | RO | DR |
| 7-22-05 | NOON | 1 | PBW | DR |
| 7-22-05 | 5:00 pm | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1- PROPOXYPHENE - 1 TAB EVERY (6) hrs.

# EXHIBIT J

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **DAVID EDWARD RICHARDSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:05-cv-709-MHT-DRB** |
| | ) | |
| **GENEVA COUNTY JAIL, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**AFFIDAVIT OF AMBER PAUL**

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF GENEVA** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Amber Paul, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Amber Paul. I am over the age of nineteen and competent to make this affidavit.

2. I am the Jail Matron at the Geneva County Jail.

3. I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Jail. I have no personal knowledge of any of the specific allegations that form the basis of Plaintiff's Complaint.

4. I am responsible for the female inmates and their needs. I do not work with the male inmates except to feed them or answer a knock if the Jailers on duty are too busy.

5. Plaintiff never asked me for medical attention.

6. I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

______________________________
AMBER PAUL

**SWORN TO** and **SUBSCRIBED** before me this ___ day of October, 2005.

______________________________
NOTARY PUBLIC
My Commission Expires: ______________

6. I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

AMBER PAUL

SWORN TO and SUBSCRIBED before me this 24th day of October, 2005.

NOTARY PUBLIC
My Commission Expires: My Commission Expires 4/8/07

# EXHIBIT K

CELL Right INMATES NAME DAVID Richardson

THE JAIL IS NOT RESPONSIBLE FOR PROPERTY LEFT OVER 72 HOURS

**GENEVA COUNTY JAIL**
**INMATE VISITATION SHEET**

1. According to the Sheriff of Geneva County, you are authorized three visitors only.
2. You, the inmate are responsible for updating and changing your own visitation sheet.
3. Only those individuals listed on this sheet are authorized to see the inmate.
4. Remember visitation is a privilege that can be taken away if abused.

1. NAME Charles Richardson
ADDRESS Geneva AL
CITY STATE ZIP
PHONE 684-2109

2. NAME Frances Nowling
ADDRESS 1634 Alford Rd Samson AL 36477
CITY STATE ZIP
PHONE 898-9792

3. NAME Sheila Richardson
ADDRESS OZARK AL
CITY STATE ZIP
PHONE 389-8062

5. You, the inmate can only change the names on this sheet every fifteen (15) days.
6. All items for the inmate will be left with the Jail Administrator Monday through Friday 8:00 AM to 4:00 PM. Money and Cigarettes can be left on visitation night Wednesday 6:00 PM to 7:00 PM and Sundays 6:00 AM to 6:00 PM.

INMATE SIGNATURE: [signature] DATE 6-28-05

**DO NOT WRITE BELOW THIS LINE**

SPECIAL INSTRUCTIONS

ACR467

ALABAMA JUDICIAL DATA CENTER
GENEVA COUNTY
DOCKET DATE NOTICE

JUDG: KENNETH W. QUAT

CASE: CC 2005 000324.00

DEFENDANT, ATTORNEY(S), AND ALL WITNESSES MUST APPEAR BEFORE THIS COURT FOR ARRAIGNMENT AT THE TIME AND PLACE STATED BELOW.

DEFENDANT: RICHARDSON DAVID EDWARD
ATTORNEY: HARRISON DAVID J

DATE: 09/01/2005
TIME: 09:00 AM
CHARGE: POSS CONTR. SUBS.

PLACE: GENEVA COUNTY COURTHOUSE
FIRST FLOOR COURTROOM
200 COMMERCE ST
GENEVA, ALABAMA 36340

RICHARDSON DAVID EDWARD
1604 ALFORD RD
SAMSON AL 36477 0000

NOTES:

DATE ISSUED: 08/12/2005

Gale Laye
GALE LAYE , CLERK

OPERATOR: MAH
PREPARED: 08/12/2005

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME David Robinson CELL Right DATE 6-30-05

TELEPHONE CALL ____ MEDICAL ____ DENTAL ____ HEARING REQUEST ____

GRIEVANCE ____ VISIT ____ PERSONAL PROBLEM ____ OTHER Bond

SHERIFF ____ JAIL ADMINSTRATOR ____ JUDGE ____ NOTARY ____

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

Could you please find out what, if any bond in Enterprise is set for me. If they set me a bond there, I can make this one. Therefor allowing me to make that one as well.

*DO NOT WRITE BELOW!!* *FOR SHERIFF'S DEPARTMENT USE ONLY*

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER X MARTON ____ JAIL ADMINISTRATOR ____ SHERIFF ____

JAILER [signature] SIGNATURE DATE 7-1-05 TIME 8-4

No Bond TO BE PLACED IN INMATE'S FILE

on Probation V.O