IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID EDWARD RICHARDSON, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | 1:05-CV-709-T |
| ) | WO |
| GREG WARD (SHERIFF), *et al.*, ) | |
| ) | |
|     Defendants. ) | |

## OPINION

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on November 18, 2005 (Doc. 13), that this case be dismissed without prejudice for the plaintiff's abandonment of his claims, his failure to comply with the orders of this court, and his failure to properly prosecute this cause of action.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

Done this the 13th day of December, 2005.

                                                    /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE